*Shuford v. Cardoza and Nervil*, No. 17-CV-6349

# VERDICT SHEET

**Instructions**: Please read and answer the questions below, beginning with Question 1. After you have answered each question, follow the instructions that correspond to your answer. The instructions will either direct you to answer another question or direct you to stop.

## PLAINTIFF'S CLAIMS

### 42 U.S.C. § 1983 Claim against Akeem Cardoza for Use of Excessive Force

1. Has plaintiff Tyreek Shuford proven by a preponderance of the evidence that defendant Akeem Cardoza subjected him to excessive force on October 13, 2015?

    YES ✓      NO ____

    If "YES" please proceed to Question 2.
    If "NO" please proceed to Question 3.

2. Has plaintiff Tyreek Shuford proven by a preponderance of the evidence that the acts of defendant Akeem Cardoza were the proximate cause of plaintiff Tyreek Shuford's injuries on October 13, 2015?

    YES ✓      NO ____

    Please proceed to Question 3.

### 42 U.S.C. § 1983 Claim against Phanes Nervil for Use of Excessive Force

3. Has plaintiff Tyreek Shuford proven by a preponderance of the evidence that defendant Phanes Nervil subjected him to excessive force on October 13, 2015?

    YES ✓      NO ____

    If "YES" please proceed to Question 4.
    If "NO" go no further as to defendant Phanes Nervil and skip Question 4.

4. Has plaintiff Tyreek Shuford proven by a preponderance of the evidence that the acts of defendant Phanes Nervil were the proximate cause of plaintiff Tyreek Shuford's injuries on October 13, 2015?

    YES ✓      NO ____

*If you answered "YES" to any of the above questions, please proceed to Question 5. If you answered "NO" to all of the above questions, you must proceed to paragraph 12.*

COURT'S EXHIBIT NO. 2 IDENTIFICATION/EVIDENCE DKT.# 17CV6349 DATE: 4-1-2022

# DAMAGES

## Compensatory Damages

5. *Answer only if you answered "YES" to Questions 1 AND 2 (if this does not apply, please proceed to Question 6)*: **What is the dollar amount of compensatory damages, if any, plaintiff Tyreek Shuford is entitled to receive from defendant Akeem Cardoza?**

    $ 250,000

    Please proceed to Question 6.

6. *Answer only if you answered "YES" to Questions 3 AND 4 (if this does not apply, please proceed to Question 7)*: **What is the dollar amount of compensatory damages, if any, plaintiff Tyreek Shuford is entitled to receive from defendant Phanes Nervil?**

    $ 250,000

    Please proceed to Question 7.

## Total Compensatory Damages

7. *Answer only if you answered Questions 5 and/or 6 (if this does not apply, please proceed to Question 8)*: **Being mindful of not awarding damages that result in double or multiple recovery for the same injury, what is the total amount of compensatory damages, if any, plaintiff is entitled to receive from all defendants in light of your answers to the previous two questions?**

    $ 500,000

    Please proceed to Question 8.

## Nominal Damages

8. *Answer this question only if you answered "YES" to Question 1 <u>AND DID NOT FIND</u> that plaintiff Tyreek Shuford was entitled to compensatory damages in Question 5. (If you awarded compensatory damages as to defendant Akeem Cardoza in Question 5, skip this question and proceed to Question 9)*: **What is the dollar amount of nominal damages, if any, plaintiff Tyreek Shuford is entitled to receive from defendant Akeem Cardoza?**

    $ N/A

    Please proceed to Question 9.

2

**9.** *Answer only if you answered "YES" to Question 3 <u>AND DID NOT FIND</u> that plaintiff Tyreek Shuford was entitled to compensatory damages in Question 6. (If you awarded compensatory damages as to defendant Phanes Nervil in Question 6, skip this question and proceed to Question 10):* **What is the dollar amount of nominal damages, if any, plaintiff Tyreek Shuford is entitled to receive from defendant Phanes Nervil?**

$ __N/A__

Please proceed to Question 10.

**Punitive Damages**

**10.** *Answer only if you answered "YES" to Question 1:* **What is the dollar amount of punitive damages, if any, plaintiff Tyreek Shuford is entitled to receive from defendant Akeem Cardoza?**

$ __500,000__

Please proceed to Question 11.

**11.** *Answer only if you answered "YES" to Question 3:* **What is the dollar amount of punitive damages, if any, plaintiff Tyreek Shuford is entitled to receive from defendant Phanes Nervil?**

$ __500,000__

**12.** You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict.

I attest that the foregoing accurately reflects the jury's decision.

S/ Michael Bocchinfuso

_____
Foreperson

Dated: __APRIL 1__, 2022

*Please provide this completed form in a sealed envelope to the Court Security Officer.*

3