AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tyreek Shuford <br> *Plaintiff* <br> v. <br> Akeem Cardoza and Phanes Nervil <br> *Defendant* | Civil Action No. 1:17-cv-06349-JRC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The plaintiff Tyreek Shuford shall recover from defendant Akeem Cardoza the amount of $250,000.00 in Compensatory Damages and $500,000.00 in Punitive Damages for a total of $750,000.00; and the plaintiff Tyreek Shuford shall recover from defendant Phanes Nervil the amount of $250,000.00 in Compensatory Damages and $500,000.00 in Punitive Damages for a total of $750,000.00.

This action was *(check one)*:

☑ tried by a jury with Judge James R. Cho presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 4/1/2022

*CLERK OF COURT*

S/ Saudia Gillespie-Cardo

*Signature of Clerk or Deputy Clerk*

Print    Save As...    Reset