UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TYREEK SHUFORD,

                    Plaintiff,

-against -

AKEEM CARDOZA and PHANES NERVIL,

                    Defendants,

-against-

CITY OF NEW YORK,

                    Cross-Defendant.

-----------------------------------------------------------x

**NOTICE OF APPEAL**

Docket No. 1:17-cv-06349-EK-JRC

Notice is hereby given that Defendant Akeem Cardoza hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on April 1, 2022.

Dated:  New York, New York
         April 28, 2022

Respectfully Submitted,

*Leslie H. Ben-Zvi*

_____

**LESLIE H. BEN-ZVI, ESQ.**
*Attorney for Defendant Akeem Cardoza*
1700 Broadway – 28th Floor
New York, NY 10019
(917) 836-9485 / (212) 666-6656
*Leslie@BenZviLaw.com*