# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of January, two thousand twenty-three,

_____

Tyreek Shuford,

    Plaintiff - Appellee,

v.

Correctional Officer Akeem Cardozo, Badge #7485,
Correctional Officer Phanes Nervil, Badge #3201,

    Defendants - Cross Claimants - Appellants,

City of New York,

    Defendant - Cross Defendant,

New York City Department of Corrections,

    Defendant.

_____

**ORDER**
Docket Nos. 22-947, 22-953

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/12/2023